# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Angel David Garcia, et al.
                              Plaintiff,

v.                                                    Case No.: 1:13−cv−04826
                                                         Honorable Ronald A. Guzman

City of Chicago, et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 23, 2014:

       MINUTE entry before the Honorable Susan E. Cox: Settlement conference held. The parties have reached a settlement and consent to this Court's jurisdiction. The parties are directed to file a stipulation of dismissal by 02/07/2014. Mailed notice (np, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.