IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANGEL DAVID GARCIA and TAHSEEN ADERMAN, | ) ) ) | Case No. 13 CV 04826 |
| Plaintiff(s), | ) ) ) | JUDGE GUZMAN |
| vs. | ) ) ) | Magistrate Judge Cox |
| CITY OF CHICAGO, et. al., | ) ) ) | Jury Demand |
| Defendant(s). | ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,

Christopher Smith
Attorney for Plaintiffs
Smith, Johnson & Anholt, LLC
1 North LaSalle Street
Chicago, IL 60610
(312) 432-0400
Attorney No. 6101957
DATE: 1/31/14

Gail Reich
Assistant Corporation Counsel
Attorney for Defendants
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-1975
Attorney No. 6279564
DATE: 1/31/14

Thomas Platt
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-4833
Attorney No. 6181260
DATE: Jan 31, 2014